AO 245B (CASD Rev. 1/19) Judgment in a Criminal Case

**FILED**

JUN 3 0 2026

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>**V.** | **JUDGMENT IN A CRIMINAL CASE**<br>(For Offenses Committed On or After November 1, 1987) |
| Ronnisha Rachell Norris | Case Number:   3:26-cr-00428-DDL |
| | Jorge Javier Jaramillo |
| | Defendant's Attorney |

**Registration Number: 36043506**

☐ –

THE DEFENDANT:

☒ pleaded guilty to count(s)   4 OF THE INFORMATION

☐ was found guilty on count(s) _____

after a plea of not guilty.

Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offense(s):

| Title & Section | Nature of Offense | Count Number(s) |
|---|---|---|
| 18 USC 3 | Accessory After the Fact (Misdemeanor) | 4 |

The defendant is sentenced as provided on page _____2_____ of this judgment.
The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☒ Count(s)   UNDERLYING COUNTS   is dismissed on the motion of the United States.

☒ Assessment: $10.00

☒ Fine waived       ☐ Forfeiture pursuant to order filed _____ , included herein.

IT IS ORDERED that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of any material change in the defendant's economic circumstances.

June 30, 2026
Date of Imposition of Sentence

*David Leshner*

HONORABLE DAVID D. LESHNER
UNITED STATES MAGISTRATE JUDGE

AO 245B (CASD Rev. 1/19) Judgment in a Criminal Case

DEFENDANT: Ronnisha Rachell Norris                                    Judgment – Page 2 of 2
CASE NUMBER: 3:26-cr-00428-DDL

## PROBATION

Upon release from imprisonment, the defendant will be on probation for a term of:
1 YEAR UNSUPERVISED

## MANDATORY CONDITIONS

1.  The defendant must not commit any federal, state or local crime.

3:26-cr-00428-DDL